IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CRYSTAL GROSS, et al. v. COLOPLAST CORP., et al. | CIVIL ACTION NO. 19-4385 |
|---|---|

## ORDER

**AND NOW,** this 17th day of January, 2020, upon consideration of Defendant Coloplast Corporation's Motion to Dismiss (ECF 3), Plaintiffs' Response (ECF 4), and Defendants' Reply (ECF 5), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss is DENIED in part and GRANTED in part, as follows:

- DENIED, as to Counts I-III of the Complaint; and
- GRANTED, without prejudice and with leave to amend, as to Counts V-VII of the Complaint.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-4385 Gross v. Coloplast Corp\19cv4385 Order.docx